**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

United States of America,
      Plaintiff

vs.                                    1:12cr67

Denise Hedger,
      Defendant

## ORDER

On July 26, 2012, the defendant entered a plea of guilty and the Court issued its judgment in the above matter. The matter was closed, with the caveat that the U.S. Attorney contact all potential victims and if any victim wished to address the Court that there would be a further hearing on September 6, 2012 to hear from the victims.

All potential victims were notified of the September 6 hearing date, and provided an opportunity for them to notify the U.S. Attorney if they wished to appear and be heard. The U.S. Attorney has now advised the Court that no victims have come forward indicating that they wished to address the Court.

The judgment will be amended to reflect the restitution due but is otherwise affirmed, the hearing date of September 6, 2012 is VACATED, and this matter is TERMINATED.

IT IS SO ORDERED.

/s/ *Stephanie K. Bowman*
United States Magistrate Judge